**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6591**

_____

ARNOLD J. WHITE,

Plaintiff - Appellant,

versus

LANG ROGERS, Classification Officer; OFFICER
NUNALLY, Classification Officer; V. M. MOSS,
Supervisor, Mental Health,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. James C. Cacheris, Senior Dis-
trict Judge. (CA-98-88-AM)

_____

Submitted: August 19, 1999          Decided: August 26, 1999

_____

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Arnold J. White, Appellant Pro Se. Anton Joseph Stelly, THOMPSON,
SMITHERS, NEWMAN & WADE, Richmond, Virginia; James Thomas Moore,
III, COUNTY ATTORNEY'S OFFICE, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arnold J. White appeals from an order dismissing one of the claims and one of the Defendants from his 42 U.S.C.A. § 1983 (West Supp. 1999) action and ordering the remaining two Defendants to file responsive pleadings. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2